UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHERYL WHALEN, on her behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-00410 (SLC) |

## MOTION TO DISMISS

Defendant Specialized Loan Servicing, LLC ("SLS"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court for an Order dismissing with prejudice Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In further support of its motion, and incorporated herein by reference, SLS submits the accompanying Memorandum of Law in Support of Defendant Specialized Loan Servicing, LLC's Motion to Dismiss.

WHEREFORE, Defendant Specialized Loan Servicing, LLC respectfully requests that the Court grant its Motion to Dismiss, dismiss with prejudice all claims asserted against SLS in the Plaintiff's Complaint, and award Specialized Loan Servicing, LLC all just and equitable relief.

Dated:  August 18, 2015

                          Respectfully submitted,

                          SPECIALIZED LOAN SERVICING, LLC


                          *s/ Eric J. Wilson*
                          Eric J. Wilson
                          GODFREY & KAHN S.C.
                          One East Main Street, Suite 500
                          P.O. Box 2719
                          Madison, Wisconsin 53701-2719
                          Tel:  (608) 257-3911
                          E-mail:  ewilson@gklaw.com

                                    and

                          John C. Lynch (admitted *pro hac vice*)
                          Jon S. Hubbard (admitted *pro hac vice*)
                          TROUTMAN SANDERS LLP
                          Troutman Sanders Building
                          1001 Haxall Point
                          Richmond, VA 23219
                          Tel:  (804) 697-1200
                          E-mails:  john.lynch@troutmansanders.com
                                      jon.hubbard@troutmansanders.com

                          ATTORNEYS FOR DEFENDANT
                          SPECIALIZED LOAN SERVICING, LLC

14180404.2