## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHERYL WHALEN, on her behalf and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:15-cv-00410 (SLC) |
| SPECIALIZED LOAN SERVICING, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## PARTIAL MOTION TO DISMISS
## <u>AMENDED COMPLAINT</u>

Defendant Specialized Loan Servicing, LLC ("SLS"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court for an Order dismissing with prejudice claims arising from Exhibits 1 and 3 of Plaintiff's Amended Complaint for failure to state a claim upon which relief may be granted.   In further support of its Partial Motion to Dismiss, SLS submits the accompanying Memorandum of Law in Support of Partial Motion to Dismiss.

WHEREFORE, Defendant Specialized Loan Servicing, LLC respectfully requests that the Court grant its Partial Motion to Dismiss, dismiss with prejudice plaintiff's claims arising from Exhibits 1 and 3 of the Amended Complaint, award Specialized Loan Servicing, LLC its attorneys' fees and costs, and award Specialized Loan Servicing, LLC all just and equitable relief.

Dated: September 25, 2015

Respectfully submitted,

SPECIALIZED LOAN SERVICING, LLC

/s/ Jon S. Hubbard
Jon S. Hubbard (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1407
Facsimile: (804) 697-1339
E-mail: jon.hubbard@troutmansanders.com


John C. Lynch (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
Troutman Sanders Building
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia  23462
Telephone: (757) 687-7765
Facsimile: (757)687-1504
E-mail: john.lynch@troutmansanders.com


Eric J. Wilson
GODFREY & KAHN S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701
Telephone: (608) 257-3911
E-mail: ewilson@gklaw.com

2

26921563